UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-2014 as

☑Retained ☐Court-appointed(CJA) ☐Court-assigned(non-CJA) ☐Federal Defender ☐Pro Bono ☐Government

COUNSEL FOR: Dana West, Tonia Bowie, Gary Saunders, Anthony Haig, Michael Washington, Kevin adams and Aaron Ross as the
(party name)

☑appellant(s) ☐appellee(s) ☐petitioner(s) ☐respondent(s) ☐amicus curiae ☐intervenor(s)

_(signature)_

Barrett S. Litt
Name (printed or typed)

626-844-7660
Voice Phone

Kaye, McLane, Bednarski & Litt
Firm Name (if applicable)

626-844-7670
Fax Number

234 East Colorado Boulevard, Suite 230

Pasadena, California 91101
Address

jwhite@kmbllaw.com; blitt@kmbllaw.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on August 15, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

All ECF users:
William F. Brockman    Sean R. Day
Michael O. Doyle
Matthew J. Fader
Beverly F. Hughes
Karl A. Pothier
William Claiborne

_Signature_

August 15, 2013
Date

11/17/2011
SCC